## SMITH *v.* WARDEN OF MARYLAND PENITENTIARY

[P. C. No. 63, September Term, 1959.]

*Decided January 21, 1960.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

For the reasons set forth in the opinion of Judge Evans in the Circuit Court for Anne Arundel County, the application for leave to appeal is denied.

*Application denied.*